# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

**ANTHONY C. ROTH,**                                     )
     **on behalf of Lester L. Bower, Jr.,**        )
          Plaintiff,                              )
                                      )          **Civil Action No. 08-cv00822(ESH)**

          **v.**                                        )
                                        )

**UNITED STATES DEPARTMENT**                )
**OF JUSTICE,**                                          )
          Defendant.                             )
_____)

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Anthony C. Roth as counsel of record for Plaintiff, on behalf of Lester L. Bower, Jr.  Mr. Roth's address, telephone number, e-mail address, and bar identification number are:

> Anthony C. Roth
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> (202) 739-5188
> aroth@morganlewis.com
> DC Bar No. 413633

> Respectfully submitted,

Dated June 2, 2008
                                              _____/s/ Anthony C. Roth_____
                                              Anthony C. Roth (DC Bar No. 413633)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                              1111 Pennsylvania Avenue, NW
                                              Washington, D.C.  20004
                                              (202) 739-5188

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2008, I caused the foregoing Notice of Appearance to be served by e-mail and U.S. Mail on the following person:

Rhonda Fields, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530


/s/ Corinne A. Niosi
_____