UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY C. ROTH,<br>    on behalf of Lester L. Bower, Jr.,<br>             Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br>             Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 08-cv00822(ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Grace E. Speights as counsel of record for Plaintiff, on behalf of Lester L. Bower, Jr. Ms. Speights' address, telephone number, e-mail address, and bar identification number are:

> Grace E. Speights
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> (202) 739-5189
> gspeights@morganlewis.com
> DC Bar No. 392091

Respectfully submitted,

Dated June 2, 2008

/s/ Grace E. Speights
Grace E. Speights (DC Bar No. 392091)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 739-5189

1-WA/2983784.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2008, I caused the foregoing Notice of Appearance to be served by e-mail and U.S. Mail on the following person:

>Rhonda Fields, Esq.
>Assistant United States Attorney
>United States Attorney's Office
>555 4th Street, NW
>Washington, DC 20530

                          /s/ Corinne A. Niosi