UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY C. ROTH,<br>    on behalf of Lester L. Bower, Jr.,<br>              Plaintiff,<br><br>            v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br>              Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 08-cv00822(ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Peter Buscemi as counsel of record for Plaintiff, on behalf of Lester L. Bower, Jr. Mr. Buscemi's address, telephone number, e-mail address, and bar identification number are:

        Peter Buscemi
        Morgan, Lewis & Bockius LLP
        1111 Pennsylvania Avenue, NW
        Washington, DC 20004
        (202) 739-5190
        pbuscemi@morganlewis.com
        DC Bar No. 269092

        Respectfully submitted,

Dated June 2, 2008                     /s/ Peter Buscemi
                                        Peter Buscemi (DC Bar No. 269092)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1111 Pennsylvania Avenue, NW
                                        Washington, D.C. 20004
                                        (202) 739-5190

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2008, I caused the foregoing Notice of Appearance to be served by e-mail and U.S. Mail on the following person:

>Rhonda Fields, Esq.
>Assistant United States Attorney
>United States Attorney's Office
>555 4th Street, NW
>Washington, DC 20530

                                /s/ Corinne A. Niosi