UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY C.ROTH ) <br>     on behalf of Lester L. Bower, Jr., ) <br> 1111 Pennsylvania Avenue, NW ) <br> Washington, DC  20004 ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT, ) <br> OF JUSTICE, ) <br> 950 Pennsylvania Avenue, NW ) <br> Washington, DC 20530, ) <br> ) <br>       Defendant. ) | Civil Action No. 08-0822 (ESH) <br> Electronic Case Fling |

## ENTRY OF APPEARANCE

    **THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States  Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

    Respectfully submitted,

    _____/s/_____
    RHONDA C. FIELDS
    United States Attorney's Office
    Judiciary Center Building
    555  4th Street, N.W. - Room  E4804
    Washington, D.C. 20530

Dated: June 17th 2008