UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY C. ROTH,<br>　　　on behalf of Lester L. Bower, Jr.,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br>　　　　　　Defendant. | Civil Action No. 08-cv-00822(ESH) |

## NOTICE OF RECENT DEVELOPMENT

Plaintiff submits this Notice to advise the Court and Counsel that the 15th Judicial District Court of Grayson County, Texas, withdrew the July 22, 2008 execution date for Mr. Lester Leroy Bower, Jr., per an order received on July 2, 2008. A copy of this order is attached as Exhibit A.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated July 7, 2008　　　　　　　　　　　　　　/s/ Corinne A. Niosi
　　　　　　　　　　　　　　　　　　　　Corinne A. Niosi (DC Bar No. 456123)
　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　　　　　　　Phone:  (202) 739-5824
　　　　　　　　　　　　　　　　　　　　Fax:     (202) 739-3001
　　　　　　　　　　　　　　　　　　　　cniosi@morganlewis.com

# IN THE FIFTEENTH JUDICIAL DISTRICT COURT OF GRAYSON COUNTY, TEXAS

## AND

## THE TEXAS COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| EX PARTE | § | Cause Nos. 033426-B, 033427-B, 033428-B, 033429-B |
| LESTER LEROY BOWER, JR., | § | [Trial Cause Nos. 33426, 33427, 33428, 33429] |
| Applicant | § | |

## ORDER

On this the _1_ day of _July_, 2008, came to be heard petitioner's Motion to Withdraw Execution Order, and it appears to the Court that this motion should be GRANTED.

IT IS THEREFORE ORDERED that the previously set execution date of July 22, 2008, be withdrawn or stayed until after the petitioner has received a determination on his Motion For Forensic Testing and Application For Writ of Habeas Corpus.

_____
JUDGE PRESIDING

FILED FOR RECORD
BY_____

08 JUL -1 PM 3: 44

TRACY _____
DISTRICT CLERK
GRAYSON COUNTY, TX

Exhibit A